**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7432**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROBERT PATRICK HOFFMAN, II,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:12-cr-00184-RGD-LRL-1)

Submitted:  April 4, 2019                                    Decided:  April 17, 2019

Before AGEE and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Patrick Hoffman, II, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Patrick Hoffman, II, appeals the district court's order granting in part and denying in part his motion for return of seized property pursuant to Fed. R. Crim. P. 41(g). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Hoffman*, No. 2:12-cr-00184-RGD-LRL-1 (E.D. Va. Nov. 14, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*